# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| LEE, Tom S. | United States District Court Southern District of MS | 10/11/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior United States District Court Judge | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☑ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

501 E. Court Street
Suite 4.756
Jackson, MS 39201

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | General Partner | █████ Family Limited Partnership |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2015 | State Employee Pension Fund; pension upon retirement age 65 |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEE, Tom S. | 10/11/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Advisory Boardof Community Bancshares of MS, Inc. |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEE, Tom S. | 10/11/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEE, Tom S. | 10/11/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ING NQ VAR (name change) VOYA NQ VA | | | | | | | | | |
| 2. VY Ivesco Equity & Income Portfolio | | None | J | T | | | | | |
| 3. American Skandia NQ VA (name change) Prudential NQ VA | | | | | | | | | |
| 4. AST Lord Abbett Core Fixed Income Portfolio | | None | L | T | | | | | |
| 5. AST Wellington Mgmt. Hedged Equity Portfolio | | None | L | T | | | | | |
| 6. AST Advanced Strategies Portfolio | | None | L | T | | | | | |
| 7. AST Western Core Plus Bond | | None | K | T | | | | | |
| 8. Shares of Community Banschares of MS, Inc. | E | Dividend | P1 | T | | | | | |
| 9. ING. NQ VA (name change) VOYA NQ VA | | | | | | | | | |
| 10. VY Invesco Equity & Income Portfolio | | None | J | T | | | | | |
| 11. American Skandia NQ VA (name change) Prudential NQ VA | | | | | | | | | |
| 12. AST Lord Abbett Core Fixed Income Portfolio | | None | M | T | | | | | |
| 13. AST Wellington Mgmt. Hedged Equity Portfolio | | None | K | T | | | | | |
| 14. AST Advanced Strategies Portfolio | | None | K | T | | | | | |
| 15. AST Western Core Plus Bond | | None | K | T | | | | | |
| 16. Land in Scott Co., MS | | None | K | W | | | | | |
| 17. U.S. Ser. E. Bonds | | None | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEE, Tom S. | 10/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Phoenix Life (Whole Life) | | None | M | T | | | | | |
| 19. Community Bancshares of MS accounts | A | Interest | N | T | | | | | |
| 20. ING VA IRA (name change) VOYA IRA VA | | | | | | | | | |
| 21. VY Invesco Equity & Income | | None | J | T | | | | | |
| 22. FT Capitol Strength | C | Dividend | M | T | | | | | |
| 23. Sector Rotation (name change) Invesco | A | Dividend | L | T | | | | | |
| 24. FT Smid High Div. | A | Dividend | K | T | | | | | |
| 25. FT Covered Call | C | Dividend | L | T | | | | | |
| 26. FT Smid High Div. | A | Dividend | J | T | | | | | |
| 27. FT Covered Call | D | Dividend | M | T | | | | | |
| 28. FT Euro Deep Value | A | Dividend | J | T | | | | | |
| 29. FT Deep Value | A | Dividend | K | T | | | | | |
| 30. FT Cap Str. Buy Write | A | Dividend | J | T | | | | | |
| 31. Gugg Zacks Inc. | B | Dividend | K | T | | | | | |
| 32. Gugg Zacks Inc. | B | Dividend | | | Sold | 05/15/15 | K | A | |
| 33. Thornburg Str. Inc. | C | Dividend | M | T | | | | | |
| 34. FT Euro Deep Value | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEE, Tom S. | 10/11/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. FT Deep Value | B | Dividend | K | T | | | | | |
| 36. FT Cap Str. Buy Write | A | Dividend | J | T | | | | | |
| 37. Gugg MLP & Energy | B | Dividend | J | T | | | | | |
| 38. Gugg Zacks Inc. | C | Dividend | | | Sold | 08/26/15 | K | A | |
| 39. Gugg Zacks Inc. | B | Dividend | | | Sold | 08/26/15 | K | A | |
| 40. Gugg Zacks Inc. | B | Dividend | | | Sold | 05/15/15 | L | A | |
| 41. Thornburg Str. Inc. | B | Dividend | K | T | | | | | |
| 42. Templeton Global Bal | A | Dividend | J | T | | | | | |
| 43. FT Euro Deep Value | B | Dividend | K | T | | | | | |
| 44. FT Deep Value | B | Dividend | K | T | | | | | |
| 45. Gugg Zack Inc. | C | Dividend | | | Sold | 08/26/15 | K | A | |
| 46. Thornburg Str. Inc. | C | Dividend | L | T | | | | | |
| 47. Nationwide VA-NA | A | None | N | T | | | | | |
| 48. Managed Risk Asset Allocation | | None | N | T | | | | | |
| 49. AAM Blue Chip | D | Dividend | M | T | | | | | |
| 50. AAM Global Dividend | C | Dividend | M | T | | | | | |
| 51. FT RB Global Div. Kings | C | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEE, Tom S. | 10/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Principal Global Diversified | A | Dividend | J | T | | | | | |
| 53. Gugg Zack, Inc. | C | Dividend | | | Sold | 08/17/15 | K | A | |
| 54. Thornburg Str. Inc. | C | Dividend | L | T | | | | | |
| 55. Gugg Euro Dividend | A | Dividend | | | Sold | 3/25/14 | J | A | |
| 56. Principal Global Diversified | A | Dividend | J | T | | | | | |
| 57. FT RB Global Div. Kings | B | Dividend | L | T | | | | | |
| 58. Gugg Euro High Div. | A | Dividend | | | Sold | 06/12/15 | L | A | |
| 59. Gugg MLP & Energy | A | Dividend | | | Sold | 08/26/15 | K | A | |
| 60. Eaton Vance Short Str. Inc. | B | Dividend | L | T | | | | | |
| 61. Principal Global Div. | C | Dividend | M | T | | | | | |
| 62. Principal Global Div. | A | Dividend | K | T | | | | | |
| 63. Invesco Mid Cap. Core #1 | A | Dividend | J | T | Buy | 08/27/15 | J | | |
| 64. Invesco Small Cap. Core #1 | A | Dividend | J | T | Buy | 08/27/15 | J | | |
| 65. Thornburg Income Builder #1 | A | Dividend | J | T | Buy | 03/30/15 | J | | |
| 66. Thornburg Income Builder #2 | A | Dividend | J | T | Buy | 03/30/15 | J | | |
| 67. FT Cap. Str. Buy Write #1 | B | Dividend | K | T | Buy | 08/27/15 | K | | |
| 68. Invesco Mid Cap. Core #2 | A | Dividend | J | T | Buy | 08/27/15 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEE, Tom S. | 10/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Invesco Small Cap. Core #2 | A | Dividend | J | T | Buy | 08/27/15 | J | | |
| 70. Invesco REIT #1 | A | Dividend | J | T | Buy | 08/27/15 | J | | |
| 71. Invesco Mid. Cap. Core #3 | A | Dividend | K | T | Buy | 08/27/15 | K | | |
| 72. Invesco Small Cap. Core #3 | A | Dividend | K | T | Buy | 08/27/15 | K | | |
| 73. Invesco Div. Buy Write | A | Dividend | K | T | Buy | 08/27/15 | K | | |
| 74. Invesco REIT #2 | A | Dividend | K | T | Buy | 08/27/15 | K | | |
| 75. Pimco Income | B | Dividend | K | T | Buy | 08/26/15 | K | | |
| 76. Thornburg Income Builder #3 | A | Dividend | J | T | Buy | 03/30/15 | J | | |
| 77. Pimco All Asset All #1 | B | Dividend | L | T | Buy | 08/27/15 | L | | |
| 78. Franklin Income | A | Dividend | J | T | Buy | 08/26/15 | J | | |
| 79. Thornburg Inc. Builder #4 | A | Dividend | K | T | Buy | 08/26/15 | K | | |
| 80. FT Cap. Str. Buy Write #2 | B | Dividend | K | T | Buy | 08/27/15 | K | | |
| 81. Invesco Mid Cap. Core #4 | A | Dividend | J | T | Buy | 08/27/15 | J | | |
| 82. Invesco Small Cap. Core #4 | A | Dividend | J | T | Buy | 08/27/15 | J | | |
| 83. Pimco All Asset All #2 | A | Dividend | J | T | Buy | 08/26/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Practically all of my annuities, mutual fund accounts, stocks and bonds are held in my LPL Financial Account.

The proceeds of all sales and redemptions shown in this Report were received in that account and all funds for purchases were disbursed from that account.

All of the assets owned by the ▮▮▮▮▮▮ Family Limited Partnership are listed in Section VII.

| Name of Person Reporting | Date of Report |
|---|---|
| LEE, Tom S. | 10/11/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Tom S. LEE**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544